Slip Op. 15-11

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff*, | : | |
| v. | : | |
| MILLENIUM LUMBER DISTRIBUTION CO. LTD. and XL SPECIALTY INSURANCE COMPANY, | : | |
|  | : | |
| *Defendants*. | : | Court No. 06-00129 |
| XL SPECIALTY INSURANCE COMPANY, | : | |
| *Cross-Claimant*, | : | |
| v. | : | |
| MILLENIUM LUMBER DISTRIBUTION CO. LTD., | : | |
|  | : | |
| *Cross-Defendant*. | | |

## ORDER OF DISMISSAL OF CROSS-CLAIM

Upon consideration of Cross-Claimant XL Specialty Insurance Company's Notice of Intent to Abandon Further Proceedings on Cross-Claim, it is hereby

ORDERED that XL Specialty Insurance Company's Cross-Claim in this action is dismissed.

/s/ Delissa A. Ridgway
Delissa A. Ridgway, Judge

Dated: February 2, 2015
New York, New York